Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02964-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CLYDE H. DODSON and JUANITA DODSON<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; MAYNARD L. STETTEN, MD; and ASSOCIATED ORTHOPEDICS, PSC<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, CLYDE H. DODSON and JUANITA DODSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: 11-11, 2009          BUBALO HIESTAND & ROTMAN, PLC

                            By: /s/ Leslie M. Cronen
                                Leslie M. Cronen
                                Attorneys for Plaintiffs


DATED: Jan. 13, 2010        DLA PIPER LLP (US)

                            By: /s/ Michelle W. Sadowsky
                                Michelle W. Sadowsky
                                Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 19 2010
                            Hon. Charles R. Breyer
                            United States District Court